

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

February 9, 2006

FILED

FEB 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE HONORABLE VAUGHN R. WALKER**
**CHIEF UNITED STATES DISTRICT JUDGE**

**MEMORANDUM**

RE:   ~~Unites States v. Daniel Ben Nogara~~
      ~~CR 05-0736-01 WHA~~
      CR 06-0024-01 VRW

Your Honor:

On March 21, 2005, Daniel Ben Nogara was convicted of Unlawful Possession of a Firearm in the District of Idaho. He is currently being supervised in the Northern District of California, and as such, we requested that jurisdiction be transferred from the District of Idaho to the Northern District of California. Inadvertently, two requests were sent in by our office, resulting in two different docket numbers being assigned to his case (CR 05-0736-01 WHA and CR 06-0024-01 VRW, respectively).

In light of the above, the undersigned seeks an order from Your Honor as to which docket number the Clerk's Office should delete from their system.

Respectfully submitted,

Jennifer J. James
U.S. Probation Officer Specialist

Reviewed by:

Sheila John
Supervising U.S. Probation Officer

**MEMORANDUM (Page 2)**

**RE: Unites States v. Daniel Ben Nogara**
CR 05-0736-01 WHA
CR 06-0024-01 VRW

THE COURT ORDERS:
- ☐ The Clerk's Office for the Northern District of California to delete docket number CR 05-0736-01 WHA from the system
- ☒ The Clerk's Office for the Northern District of California to delete docket number CR 06-0024-01 VRW from the system
- ☐ Other:

14 Feb 2006
Date

Vaughn R. Walker
Chief United States District Judge

Attachments:   Probation Form 22, Transfer of Jurisdiction, CR 05-0736-01 WHA
Probation Form 22, Transfer of Jurisdiction, CR 06-0024-01 VRW

| PROB 22 (Rev. 2/88) | **FILED** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:04-CR-160-S-BLW |
| TRANSFER OF JURISDICTION | NOV 17 2005 | DOCKET NUMBER *(Rec. Court)* |
| | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Daniel Ben Nogara | District of Idaho | Boise |
| 508 E. Florida | NAME OF SENTENCING JUDGE | |
| Nampa, ID 83687 | The Honorable B. Lynn Winmill | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/2/05 — TO 9/1/08 |

OFFENSE

Unlawful Possession of a Firearm 18 § 922(g)(1)

**CR 05 00736**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**    WHA

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Idaho _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/2/05
*Date*                                   *B. Lynn W_____*
                                         *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                         *Jeffrey S. White*
                                         *United States District Judge*

WHA

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:04-CR-160-S-BLW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Daniel Ben Nogara | District of Idaho | Boise |
| 508 E. Florida | NAME OF SENTENCING JUDGE | |
| Nampa, ID 83687 | The Honorable B. Lynn Winmill | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/2/05 — TO 9/1/08 |

OFFENSE

Unlawful Possession of a Firearm 18 § 922(g)(1)

CR 06 0024 VRW

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Idaho___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/2/05
*Date*

*B. Lynn W.*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6 January 2006
*Effective Date*

*United States District Judge*