```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone:  (415) 436-6973
    Facsimile:  (415) 436-7234
    Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-0736 WHA |
| Plaintiff, | ) | [~~PROPOSED~~] **AMENDED ORDER OF DETENTION PENDING SUPERVISED RELEASE REVOCATION HEARING** |
| v. | ) | |
| DANIEL BEN NOGARA, | ) | |
| Defendant. | ) | |

**Introduction**

This matter arises out of a "Form 12" petition from U.S. Probation for an arrest warrant for Daniel Ben Nogara, a convicted criminal defendant on supervised release from an underlying conviction for 18 U.S.C. § 922(g)(1), a Class C felony.

This matter came before the Court on March 27, 2007 for a detention hearing on the United States' motion. Defendant Nogara was present and represented by Martha Boersch, Esq. Assistant United States Attorney Erika R. Frick appeared for the United States of America. U.S. Probation was represented by Probation Officer Jennifer James.

DETENTION ORDER: UNITED STATES v. NOGARA, CR 05-0736-01 WHA

At the hearing, the government requested detention, U.S. Probation concurred, and the defendant opposed. Proffers and arguments affecting detention were submitted by the parties at the hearing.

### Relevant Legal Standard

The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-50, and Federal Rule of Criminal Procedure 32.1 set forth the standard for detaining an individual charged with violating the terms of his or her supervised release. Specifically, "[t]he magistrate judge must release or detain the person under 18 U.S.C. § 3143(a)," and "[t]he burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person." Fed. R. Crim. P. 32.1(a)(6).

18 U.S.C. § 3143(a)(1), in turn, states that such an individual shall be detained "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released [on bond]."

### Background and Relevant Facts

In this case, the defendant is alleged to have violated the terms of his supervised release on an underlying federal conviction for being a felon in possession of a firearm.[1]

On March 15, 2007, U.S. Probation with the assistance of agents from the Drug Enforcement Agency ("DEA") conducted a search of the defendant's residence based upon a reasonable suspicion that the defendant was purchasing chemicals and glassware known to be used in the manufacture of methamphetamine. During that search of his residence, Probation officers/DEA agents found that Nogara possessed large amounts of numerous chemicals that constitute ingredients used in the production of

---

[1] That conviction arose out of a traffic stop conducted on June 17, 2004, in which police found a loaded semiautomatic pistol, with an obliterated serial number, in the holster in Nogara's lower back area. Presentence Report ("PSR") at ¶ 4.

DETENTION ORDER: NOGARA    2

1 methamphetamine or MDMA, as well as many pieces of laboratory glassware and other
2 equipment that may be used in the manufacture of narcotics.
3   Immediately upon entering the residence, DEA agents noticed a strong chemical
4 odor.  Agents also discovered what appeared to be a small, clandestine laboratory and
5 recipes for making methamphetamine and MDMA, two full-face respirators, a rain suit,
6 rubber gloves and eye protection, a heating element with a magnetic stirrer, pH test strips,
7 lye, rock salt, a heat sealer and Sudafed box tops.  Probation officers/agents also found
8 drug paraphernalia, including a significant number of hand-blown glass pipes and bongs.
9   A Whizzanator and Urinator, both devices known to circumvent urinalysis testing,
10 were also found.  In addition, Probation officers/agents discovered an operational
11 surveillance camera, which was specifically prohibited under Nogara's special terms of
12 supervised release.  See generally Amended Petition Regarding Violations of Supervised
13 Release, dated 3/26/07.

### Findings and Order

15   Accordingly, and based on all of the evidence above, the Court finds that the
16 defendant has failed to meet his burden of establishing by clear and convincing evidence
17 that he is not likely to pose a danger to the community, no matter the conditions imposed.
18   The Court reaches this conclusion for two reasons:  (1) the fact that the underlying
19 conviction as described in the PSR arose out of Nogara's possession of a loaded gun with
20 an obliterated serial number at a time when Nogara was already on probation for an
21 earlier offense; and (2) the fact that the Probation Officer has proffered evidence that
22 could sustain violations of Nogara's supervised release conditions, in that Nogara
23 allegedly possessed equipment to produce narcotics, along with equipment designed to
24 avoid detection through drug testing.  Therefore:

26   Pursuant to 18 U.S.C. § 3143(a), IT IS ORDERED THAT:

DETENTION ORDER:  NOGARA   3

1    (1) the defendant, Daniel Ben Nogara, be, and hereby is, committed to the
2    custody of the Attorney General for confinement in a corrections facility
3    pending disposition of the alleged supervised release violations;
4    (2) the defendant be afforded reasonable opportunity for private
5    consultation with his counsel; and
6    (3) on order of a court of the United States or on request of an attorney for
7    the government, the person in charge of the corrections facility in which the
8    defendant is confined shall deliver the defendant to an authorized Deputy
9    United States Marshal for the purpose of any appearance in connection with
10    a court proceeding in this matter.

12    Dated: April 2, 2007

HON.
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

DETENTION ORDER: NOGARA    4