UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DANIEL BEN NOGARA,<br><br>　　　　Defendant(s).<br>_____/ | No. CR-05-00736 WHA (JCS)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR MEDICAL TREATMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The Court has received a Motion for Medical Treatment of Daniel Ben Nogara (the "Motion"). Defendant seeks an order requiring the San Francisco County Jail personnel to administer 2 mg of klonopin to Defendant at bedtime. The Court has been advised that the San Francisco County Jail is conducting an evaluation of Defendant to determine whether or not his condition requires the administration of klonopin. The Motion is DENIED without prejudice.

　　IT IS SO ORDERED.

Dated: April 17, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge