IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00736 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| DANIEL BEN NOGARA, | |
| Defendant. | |

The government's opposition to the pending motion to dismiss is due by **2:00 P.M.** on **MAY 31, 2007**. Any reply thereafter will be due by **5:00 P.M.** on **JUNE 1, 2007**.

**IT IS SO ORDERED.**

Dated: May 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE