AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

## Date of Original Judgment:   June 5, 2007

(Or Date of Last Amended Judgment)

### Reason for Amendment:

[ ] Correction of Sentence on Remand (Fed.R.Crim.P.35(a))
[ ] Reduction of Sentence for Changed Circumstances
  (Fed. R.Crim.P.35(b))
[x] Correction of Sentence by Sentencing Court (Fed.R.Crim.P.35©)
[ ] Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)

[ ] Modification of Supervision Conditions (18 U.S.C § 3563© or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and
  Compelling Reasons (18 U.S.C. §3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive
  Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255,
  [ ] 18 U.S.C. § 3559(c)(7), or [ ] Modification of Restitution Order

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA
v.
DANIEL NOGARA

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-05-00736-001 WHA
BOP Case Number: DCAN305CR000736-001
USM Number:       11993-023
Defendant's Attorney :MARTHA BOERSCH

**THE DEFENDANT:**
[**x**]    admitted guilt to violation of condition(s) <u>Two and Four</u> of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Two | Special Condition of Supervision which states he may not possess any drug paraphernalia | March 15, 2007 |
| Four | Special Condition of Supervision that he shall not have any cameras on his residence | March 15, 2007 |

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x ]    On Motion of the Governments  conditions <u>1,3, and 5</u>  are dismissed.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: xxx-xx-5278

Defendant's USM No.: 11993-023

Defendant's Date of Birth: 12/9/78

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | DANIEL NOGARA | Judgment - Page 2 of 3 |
| CASE NUMBER: | CR-05-00736-001 WHA | |

Defendant's Residence Address:
Cornell Corrections Center
111 Taylor Street, S. F., CA, 94102

Defendant's Mailing Address: Same

June 4, 2007
Date of Imposition of Judgment

Signature of Judicial Officer

William Alsup, United States District Judge
Name & Title of Judicial Officer

June 7, 2007
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 22 months .

[x]     The Court makes the following recommendations to the Bureau of Prisons:
That the Defendant be housed at the Dublin, California facility or another facility that can take care of his Type I diabetes and so his wife can visit him. The Court also recommends that Mr. Nogara be allowed to participate in a drug treatment program while in custody.

[ ]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[x]     The defendant shall surrender to the United States Marshal for this district.

    [x]  at 12:00 pm  [] am [] pm on July 16, 2007 .
    [] as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:        DANIEL NOGARA                                    Judgment - Page 3  of  3
CASE NUMBER:     CR-05-00736-001 WHA

      [ ] before    pm    pm on_____.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.


                                     UNITED STATES MARSHAL

                    By  _____
                                    Deputy United States Marshal